# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL DAVIS | CIVIL ACTION |
| VERSUS | NO. 16-952 |
| N. BURL CAIN, WARDEN | SECTION "N"(2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Mr. Davis (Rec. Doc. 14), hereby approves the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 13) and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Michael Davis for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of May 2018.

_____
UNITED STATES DISTRICT JUDGE